IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID HANSEN and CHRISTINE HANSEN, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-04-4111 |
| AMY ODIN, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

As the Court has granted Defendant Amy Odin's Motion for Summary Judgment, the Court hereby

ORDERS that final judgment be entered. Plaintiff's claims against Defendant are DISMISSED.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 9th day of March, 2006.

_____
DAVID HITTNER
United States District Judge